IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JASON SMITH**, *et. al.,* <br><br> Plaintiffs, <br><br> v. <br><br> **SPINAKER INSURANCE COMPANY**, *et. al.,* <br><br> Defendants. | **CASE NO.** 3:24-cv-229 <br><br> **JUDGE** Walter H. Rice <br><br> **MAGISTRATE SILVAIN, JR.** |

### ORDER

Before the Court is the unopposed Motion of Plaintiff Jason Smith and Plaintiff Markita Brown ("Plaintiffs") for an extension of time to file a memorandum in opposition to Defendant PennyMac Loan Services, LLC's Motion to Dismiss. Upon Consideration and for good cause shown, the Motion is hereby **GRANTED**. Plaintiffs have up to and including October 9, 2024, in which to file their memorandum in opposition to Defendant's Motion to Dismiss [Doc. 12].

**IT IS SO ORDERED.**

_Walter H. Rice_
UNITED STATES DISTRICT JUDGE